■ The People of the State of New York, Respondent, v Leon Ray, Appellant. [25 NYS3d 882]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered February 20, 2014, convicting defendant, upon his plea of guilty, of burglary in the third degree, criminal mischief in the third degree and possession of burglar's tools (two counts), and sentencing him to an aggregate term of 2½ to 5 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence on the burglary conviction to a term of 2 to 4 years, resulting in a new aggregate term of 2 to 4 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. We do not find that defendant made a valid waiver of the right to appeal. Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.